# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-3270

_____

Peter Garrison

*Plaintiff - Appellant*

v.

Minnesota Department of Revenue of the State of Minnesota; Linda Craigie, individually and in her capacity as Supervisor for the Out-of-State East Unit; Pam Evans, individually and in her capacity as Director of the Sales and Use Tax Division; Kathy Zieminski, individually and in her capacity as Director of Human Resources

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: June 30, 2020
Filed: July 6, 2020
[Unpublished]
_____

Before GRASZ, BEAM, and KOBES, Circuit Judges.
_____

PER CURIAM.

In this employment discrimination action, Peter Garrison appeals the district court's[1] adverse grant of summary judgment, based on a release in a settlement agreement. Having carefully reviewed the record and the arguments on appeal, we conclude the district court did not err in granting summary judgment. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (reviewing de novo a grant of summary judgment); *see also Pilon v. Univ. of Minn.*, 710 F.2d 466, 468 (8th Cir. 1983) (voluntary release bars future action on all claims covered by release). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

---

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Hildy Bowbeer, United States Magistrate Judge for the District of Minnesota.